UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

IN RE:

Richard C. Nadeau and Pamela M. Nadeau

CHAPTER 7
CASE NO. 19-40829-EDK

## MOTION OF DEBTOR TO EXTEND TIME TO FILE SCHEDULES AND DOCUMENTS PURSUANT TO ORDER TO UPDATE

To the Honorable Elizabeth D. Katz:

Now come Richard C. Nadeau and Pamela M. Nadeau, the debtors in this matter, by counsel, and move for an order from this Court to extend the time to file Schedules and Documents pursuant to the Order to Update from June 3, 2019 to June 17, 2019 and state as reasons therefore:

1. The Debtors have a mailing address of 23 Hudson Street, Methuen, MA 01844.
2. On May 17, 2019, the Debtors filed a skeletal voluntary petition under Chapter 7 of the Bankruptcy Code.
3. On May 20, 2019, the Court entered an Order to Update the Petition by June 3, 2019.
4. The Debtors are gathering all financial documents required to file the Schedules, complete Petition and Plan, but need more time to do so.
5. The 341 Meeting is scheduled for June 26, 2019 at 9:30 AM.

WHEREFORE, the Debtor prays for an Order of this Court;

1) Allow this Motion to Extend the Time to File Schedules and Documents Pursuant to the Order to Update dated May 20, 2019; and
2) Granting such other and further relief as is just.

Date:   June 3, 2019                                /s/ John E. Mahoney
                 John E. Mahoney, Esq.
                 Law Offices of John E. Mahoney
                 2 Punchard Avenue
                 Andover, MA 01810
                 Phone: 978-557-5755
                 Fax:    888-523-7450
                 Email: john@lojem.com
                 BBO#: 637675

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

IN RE:

Richard C. Nadeau and Pamela M. Nadeau

CHAPTER 7
CASE NO. 19-40829-EDK

## CERTIFICATE OF SERVICE

I, John E. Mahoney, Esq., state that on June 3, 2019, I electronically filed the foregoing Motion of Debtors to Extend Time to File Schedules and Documents Pursuant to Order to Update with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Richard King, Esquire, Assistant U.S. Trustee

Joseph H. Baldiga, Chapter 7 Trustee

Date:   June 3, 2019                    /s/ John E. Mahoney
                                        John E. Mahoney, Esq.
                                        BBO#: 637675