UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

IN RE:

Richard C. Nadeau and Pamela M. Nadeau

CHAPTER 7
CASE NO. 19-40829-EDK

**<u>MOTION OF DEBTOR TO EXTEND TIME TO FILE SCHEDULES AND</u>**
**<u>DOCUMENTS PURSUANT TO ORDER TO UPDATE</u>**

To the Honorable Elizabeth D. Katz:

Now come Richard C. Nadeau and Pamela M. Nadeau, the debtors in this matter, by counsel, and move for an order from this Court to extend the time to file Schedules and Documents pursuant to the Order to Update from June 3, 2019 to June 17, 2019 and state as reasons therefore:

1. The Debtors have a mailing address of 23 Hudson Street, Methuen, MA 01844.
2. On May 17, 2019, the Debtors filed a skeletal voluntary petition under Chapter 7 of the Bankruptcy Code.
3. On May 20, 2019, the Court entered an Order to Update the Petition by June 3, 2019.
4. The Debtors are gathering all financial documents required to file the Schedules, complete Petition and Plan, but need more time to do so.
5. The 341 Meeting is scheduled for June 26, 2019 at 9:30 AM.

WHEREFORE, the Debtor prays for an Order of this Court;

1) Allow this Motion to Extend the Time to File Schedules and Documents Pursuant to the Order to Update dated May 20, 2019; and

2) Granting such other and further relief as is just.

06/04/2019 GRANTED IN PART. THE DEADLINE FOR FILING THE MISSING DOCUMENTS IS EXTENDED TO JUNE 17, 2019, EXCEPT THAT THE DEADLINE TO FILE THE STATEMENT OF INTENT REMAINS JUNE 19, 2019.